AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

DARREN S.,

_____
*Plaintiff*

v.

ANDREW M. SAUL,
COMMISSIONER OF SOCIAL SECURITY,

_____
*Defendant*

)
)
)
)
)
)

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 09, 2020

SEAN F. McAVOY, CLERK

Civil Action No.   2:20-cv-00110-MKD

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Plaintiff's Motion for Summary Judgment, ECF No. 19, is DENIED.
Defendant's Motion for Summary Judgment, ECF No.20, is GRANTED.
Judgment entered in favor of Defendant.

This action was *(check one)*:

☐   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge      MARY K. DIMKE _____ on a motion for
summary judgment.

Date:   12/9/2020 _____

CLERK OF COURT

SEAN F. McAVOY
_____

s/ Tonia Ramirez
_____
*(By) Deputy Clerk*

Tonia Ramirez